RYAN M. FAWCETT
Skinner Fawcett LLP
250 W. Bobwhite Ct., Ste. 240
PO Box 700
Boise, ID 83701-0700
Phone: (208) 345-2663
Email: rfawcett@skinnerfawcett.com
Facsimile: (208) 345-2668
Idaho State Bar No. 8337

[Additional Counsel for Collection Bureau, Inc. and Mark L. Clark, PLLC Listed on Signature Page]

      Attorneys for Collection Bureau, Inc. and Mark L. Clark, PLLC

Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
(208) 359-5532
ryanballardlaw@gmail.com

      Attorney for Amy Sevy and Rebecca Fisk

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| AMY SEVY,<br><br>      Plaintiff,<br><br>  vs.<br><br>COLLECTION BUREAU, INC., an Idaho corporation, and MARK L. CLARK, PLLC, an Idaho professional limited liability company,<br><br>      Defendants. | Case No.: 1:19-CV-00032-BLW |
| REBECCA FISK,<br><br>      Plaintiff,<br><br>  vs.<br><br>COLLECTION BUREAU, INC., an Idaho corporation, and MARK L. CLARK, PLLC, an Idaho professional limited liability company,<br><br>      Defendants. | Case No.: 1:19-CV-00033-BLW |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND

PAGE 1.   DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND

Defendants Collection Bureau, Inc. ("CBI") and Mark L. Clark, PLLC ("PLLC") (CBI and PLLC collectively "CBI Parties"), by and through their attorneys of record, Ryan M. Fawcett and Jeffrey I. Hasson (Pro Hac Vice) inform the Court that CBI Parties take no position as to whether the court should allow or deny Plaintiffs' Motion to Amend Complaint, or allow or deny the filing of Plaintiffs' Proposed Amended Complaint [Dkt. # 18].

Dated: June 19, 2019

/s/ Ryan M. Fawcett
RYAN M. FAWCETT
Skinner Fawcett LLP
250 W. Bobwhite Ct., Ste. 240
PO Box 700
Boise, ID 83701-0700
Phone: (208) 345-2663
Email: rfawcett@skinnerfawcett.com
Facsimile: (208) 345-2668
Idaho State Bar No. 8337

Dated: June 19, 2019

/s/ Jeffrey I. Hasson
JEFFREY I. HASSON (Pro Hac Vice)
HASSON LAW, LLC
Attorney at Law
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@hassonlawllc.com

Attorney for CBI Parties

PAGE 2.   DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND

Certificate of Service

I HEREBY CERTIFY that on <u>June 19, 2019</u>, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ryan A. Ballard, Attorney for Plaintiff
(ryanballardlaw@gmail.com)

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid as follows:

Via certified mail, return receipt requested, addressed as follows:

<u>s/ Jeffrey I. Hasson</u>
Jeffrey I. Hasson (Pro Hac Vice)
Hasson Law, LLC

***Attorneys for CBI Parties***